1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL STOKES,

11              Plaintiff,                    No. CIV S-09-2621 KJM P

12        vs.

13   DY, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff, a federal prisoner proceeding pro se, has filed a Bivens action pursuant

17   to 28 U.S.C. § 1331, together with a request to proceed in forma pauperis.  In light of 1996

18   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

19   forma pauperis.

20              The federal venue statute requires that a civil action, other than one based on

21   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if

22   all defendants reside in the same State, (2) a judicial district in which a substantial part of the

23   events or omissions giving rise to the claim occurred, or a substantial part of property that is the

24   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

25   there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

26   /////

                                              1

1         In this case, none of the defendants reside in this district.  The claim arose in King

2    County, Washington, which is in the Western District of Washington.  Therefore, plaintiff's

3    claim should have been filed in the United States District Court for the Western District of

4    Washington.  In the interest of justice, a federal court may transfer a complaint filed in the wrong

5    district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932

6    (D.C. Cir. 1974).

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.  This court will not rule on plaintiff's request to proceed in forma pauperis; and

9         2.  This matter is transferred to the United States District Court for the Western

10   District of Washington, Seattle Division.

11   DATED:  October 1, 2009.

12   _____

13   U.S. MAGISTRATE JUDGE

14   4/mp
     stok2621.21

15

16

17

18

19

20

21

22

23

24

25

26